UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDA GORDON

    Plaintiff,

v.                                  CASE NO.:   6:18-cv-00566-JA-DCI

NORTHLAND GROUP, LLC

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** LINDA GORDON, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, LINDA GORDON, and Defendant, NORTHLAND GROUP, LLC have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 29th day of January, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                    Respectfully submitted,

                    */s/Heather H. Jones*
                    Heather H. Jones, Esq.
                    Florida Bar No. 0118974
                    William "Billy" Peerce Howard, Esq.
                    Florida Bar No. 0103330
                    THE CONSUMER PROTECTION FIRM, PLLC
                    4030 Henderson Blvd.
                    Tampa, FL 33629
                    Telephone: (813) 500-1500, ext. 205
                    Facsimile: (813) 435-2369
                    Heather@TheConsumerProtectionFirm.com
                    Billy@TheConsumerProtectionFirm.com
                    *Attorney for Plaintiff*