UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDA GORDON,

    Plaintiff,

v.                              CASE NO.: 6:18-cv-00566-JA-DCI

NORTHLAND GROUP, LLC

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, LINDA GORDON, and the Defendant, NORTHLAND GROUP, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ Heather H. Jones | /s/ Jocelyn C. Smith |
| Heather H. Jones, Esq. | Jocelyn C. Smith, Esq. |
| Florida Bar No. 0118974 | Florida Bar No. 0036554 |
| William "Billy" Peerce Howard, Esq. | Dayle . Van Hoose, Esq. |
| Florida Bar No. 0103330 | Florida Bar No. 0016277 |
| THE CONSUMER PROTECTION FIRM, PLLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| 4030 Henderson Blvd. | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33629 | Tampa, FL 33618 |
| Telephone: (813) 500-1500, ext. 205 | Telephone: (813) 440-5328 |
| Facsimile: (813) 435-2369 | Facsimile: (866) 466-3140 |
| Heather@TheConsumerProtectionFirm.com | jsmith@sessions.legal |
| Billy@TheConsumerProtectionFirm.com | dvanhoose@sessions.legal |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I certify that on March 15, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                    */s/ Heather H. Jones*
                                    Heather H. Jones, Esq.
                                    Florida Bar No. 0118974
                                    William "Billy" Peerce Howard, Esq.
                                    Florida Bar No. 0103330
                                    THE CONSUMER PROTECTION FIRM, PLLC
                                    4030 Henderson Blvd.
                                    Tampa, FL 33629
                                    Telephone: (813) 500-1500, ext. 205
                                    Facsimile: (813) 435-2369
                                    Heather@TheConsumerProtectionFirm.com
                                    Billy@TheConsumerProtectionFirm.com
                                    *Attorney for Plaintiff*